EASTERN BOULEVARD CORP., RESPONDENT, v. GEORGE WILLAREDT, BUILDING INSPECTOR, ET AL., APPELLANT.

Submitted October 25, 1940—Decided January 3, 1941.

For the respondent, *Goldstein & Goldstein.*

For the appellants, *Irwin Rubenstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 10.

*For reversal*—None.